1052

[No. 53923-0-I. Division One. June 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. YEVGENIY V. ANDRUSIV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01943-1, Anita L. Farris, J., entered February 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53944-2-I. Division One. June 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BOYD A. KROUPA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01057-6, Catherine D. Shaffer, J., entered January 16, 2004. *Reversed* by unpublished per curiam opinion.

[No. 53953-1-I. Division One. June 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE VILLARREAL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01638-4, David A. Nichols, J., entered November 21, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Grosse, J.

[No. 54005-0-I. Division One. June 6, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT DESHAWN MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02721-5, Michael Heavey, J., entered March 22, 2004. *Affirmed* by unpublished per curiam opinion.